**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CLEVERN GRANGER** | : | **CIVIL ACTION** |
| | : | **NO. 12-0628-JJB-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JAMES J. BRADY** |
| **CAPT. PERCY BABIN, ET AL** | : | **MAGISTRATE JUDGE STEPHEN C. RIEDLINGER** |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF WEST FELICIANA**

**BEFORE ME**, the undersigned Notary, personally came and appeared:

**Sgt. Tyrone Kilbourne**

who, after being first duly sworn, did state that:

I am currently employed at Louisiana State Penitentiary (LSP) as a Sergeant. I have 8 and half years in Law Enforcement/ Corrections. I worked at DCI for 7 years. I was working at DCI on November 22, 2011. I have reviewed the complaint filed by an inmate at DCI, offender Clevern Granger, (DOC#537600), in this lawsuit. I am familiar with the allegations made by offender Granger.

On November 22, 2011, I responded to a beeper activation in the Dorm C and D area. The beeper was activated by Sgt. Clint Marcello. Other officers responded as well; I remember Major Douglas Stroughter, Sgt. Otto Kilbourne and Colonel John Smith responded as well.

When I arrived, I observed offender Granger arguing with Major Stroughter and Sgt. Marcello. Offender Granger was loud and yelling. His tone was aggressive and upset. Offender Granger was trying to talk over Sgt. Marcello. There were several other offenders in the bullpen area and in the dorms. In order to get offender Granger away from the audience of the other inmates, we escorted him into an office located off of the bullpen. Once we were in the office, with the door closed and there were no other inmates or offenders around and offender Granger calmed down some. I did not touch offender Granger at any time during this incident. I did not punch, hit, kick or

physically abuse offender Granger in any way. I did not see any other officer punch, hit, kick or physically abuse him.

**The above is true and correct to the best of my information and belief.**

**Sgt. Tyrone Killbourne**

SWORN TO AND SUBSCRIBED BEFORE ME on the 10 day of

February 2014 at Angola, Louisiana.

Connie McCann #77912
Ex – Officio Notary Public (Signature)