**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CLEVERN GRANGER** | : | **CIVIL ACTION** |
| | : | **NO. 12-0628-JJB-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JAMES J. BRADY** |
| **CAPT. PERCY BABIN, ET AL** | : | **MAGISTRATE JUDGE STEPHEN C. RIEDLINGER** |

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF** E. Feliciana

**BEFORE ME,** the undersigned Notary, personally came and appeared:

**Sgt. Otto Kilbourne**

who, after being first duly sworn, did state that:

I am currently employed at Dixon Correctional Center (DCI) as a Corrections Sergeant. I have worked at DCI for 3 years. I have 8 or more years of experience with the Department of Corrections. I have reviewed the complaint filed by offender Clevern Granger (DOC#537600) in this lawsuit.

On November 22, 2011, I responded to the beeper activation on Dorm D. Dorm D is in Unit 1 and the entrance to it is located in the bullpen. The bullpen is an area between Dorms C and D. When I arrived at the bullpen, I saw Sgt. Clint Marcello, Major Douglas Stroughter, MSgt. Tyrone Kilbourne, and Col. John Smith along with offender Granger. Major Stroughter was talking to offender Granger. Offender Granger was arguing and being loud. Offender Granger was acting upset and agitated.

Because offender Granger was upset and not calming down, Major Stroughter and Colonel Smith, MSgt. Kilbourne and I escorted offender Granger to the major's office. Once we were in the office, Major Stroughter spoke with offender Granger trying to get him to calm down. Once he was calmed down enough, offender Granger was sent to Administrative Segregation. I did not walk offender Granger down the cell block nor did I put restraints on him.

At no time did I physically abuse offender Granger nor did I witness anyone do the same. Captain Percy Babin was not present when I initially responded to the bullpen area and he was not present in the office when offender Granger was in the office. I did not hit or punch or kick or physically abuse offender Granger and I did not see Sgt. Marcello, Major Stroughter, Col. Smith or MSgt. Kilbourne hit or punch or kick or physically abuse offender Granger.

**The above is true and correct to the best of my information and belief.**

Otto Kilbourne
**Sgt. Otto Killbourne**

SWORN TO AND SUBSCRIBED BEFORE ME on the 10th day of February 2014 at JACKSON, Louisiana.

Notary Public (Signature)

Miller #81829
x-Officio Notary
ept. of Public Safety
Corrections