UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLEVERN GRANGER

VERSUS

PERCY BABIN, ET AL.

CIVIL ACTION

NO. 12-628-JJB

# JUDGMENT

This cause came on before the court for trial by jury, the Honorable James J. Brady, presiding, and the jury having rendered its verdict,

IT IS ORDERED ADJUDGED AND DECREED that judgment be entered herein in favor of defendants, Master Sergeant Tyrone Kilbourne, Major Douglas Stroughter, and Colonel John Smith, and against the plaintiff, Clevern Granger.

Baton Rouge, Louisiana, this 22nd day of June, 2015.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE